STATE OF OREGON,
*Respondent,*

*v.*

BOBBY FRANK BOWDEN,
*Appellant.*

200302206; A122523

132 P3d 679

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Daniel M. Carroll, Deputy Public Defender II, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Elizabeth A. Gordon, Senior Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *State v. Gornick,* 340 Or 160, 130 P3d 780 (2006); *State v. McMillan,* 199 Or App 398, 111 P3d 1136 (2005).